IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN J. ICKES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15-cv-00907-JPG-SCW |
| FERNANDO CASTELE, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 50) of Magistrate Judge Stephen C. Williams with regard to Defendants Harvey, Bagwell, Cunningham, and Harbison's Motion for Summary Judgment (Doc. 36). There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 50) and **GRANTS** Defendants Harvey, Bagwell, Cunningham, and Harbison's Motion for Summary Judgment (Doc. 36). Defendants Harvey, Bagwell, Cunningham, and Harbison are **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.

**IT IS SO ORDERED.**

**DATED:**  7/27/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
