# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN J. ICKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-907-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 81) of Magistrate Judge Stephen C. Williams with regard to the defendants' motion for summary judgment. (Doc. 75.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of a magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 81);
- **GRANTS** the defendants' motion for summary judgment (Doc. 75); and
- **DIRECTS** the Clerk of Court to **TERMINATE** "Doctor King" as a defendant.

**IT IS SO ORDERED.**
**DATED:  November 1, 2017**

　　　　　　　　　　　　　　　　　　　　*s/ J. Phil Gilbert*
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**