# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN J. ICKES,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 3:15-cv-907-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against plaintiff Kevin J. Ickes. This matter is **DISMISSED with prejudice**.

DATED: November 6, 2017

                                    **JUSTINE FLANAGAN,**
                                    **Acting Clerk of Court**

                                    **BY:**   s/Tina Gray
                                                **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**